IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS W. DAVIS,

      Plaintiff,                    No. CIV S-11-0859 GGH P

  vs.

M. MARTEL, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma paupers, seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 4. On December 13, 2011, the court dismissed plaintiff's second amended civil rights complaint and closed this case. Plaintiff filed an appeal with the Ninth Circuit and on January 9, 2012, the Ninth Circuit referred the matter back to this court for the limited purpose of determining whether plaintiff's in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. For the reasons set forth in the December 13, 2011, order, the court finds that plaintiff's appeal is frivolous. <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002). Therefore, plaintiff's in forma pauperis status is revoked.

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's in forma pauperis status is revoked;

3     2. The Clerk shall serve this order upon the Ninth Circuit Court of Appeals, Case No. 11-18078.

DATED: January 18, 2012

             /s/ Gregory G. Hollows
           UNITED STATES MAGISTRATE JUDGE

GGH: AB
davi0859.ifp